**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| DORMONT MANUFACTURING COMPANY, | : | No. 2 WM 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| ERIE INSURANCE COMPANY A/S/O | : | |
| DAVID AND SUSAN LOMBARDO, AND | : | |
| DAVID AND SUSAN LOMBARDO, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 8th day of May, 2020, the "Application for Leave to File Reply Brief" is GRANTED, and the Petition for Allowance of Appeal, treated as a Petition for Review, is DENIED.